# PD-0773-15

NO.1316584R

AUSBON OSBORNE,
    APPELLANT

V.

THE STATE OF TEXAS,
    APPELLEE

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

TRIAL COURT NO.
1316584R

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETION REVIEW

COMES NOW the appellant in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the filing for Petition for Discretionary Review in this cause and in support of would to the Court the folling:

1.    The style and number of this case in the Court of Appeals is:AUSBON OSBORNE V. THE STATE OF TEXAS, Appeal No.07-13-00156-CR.

2.    The style and number of the case in the trial court is: The State of Texas V. Ausbon Osborne; Cause No.1316584R; from the 396TH District Court of Tarrant County Texas.

3.    The Appellant was convicted of the felony offense of Count one (Aggravated Sexual Assault by Digital penetration):Count Two (Aggravated sexual Assault by use of Penis to Contact orPenerate Sexual Organ) Count Three (Indecency with a Child) Count Four (Injury to a Child).

4.    Judgment was entered on February 28, 2013 indictment before this Court.

5.    The conviction was affirmed in the Court of Appeals on; May 29, 2015.

6.    The deadline for filing the Appellant's Petition for Discretionary Review in this cause is June 28, 2015.

7.    An extension of time for a period of 60 days is requested that would make the due date August 27 2015 (approximatly) Courts authorization.

8.    No prior request for an extention of time has been made (no)

9.    The facts relied upon to show good cause for the requested extension are, as follows:  The Appellant was represented by counsel during the appeal of this case to the Court of Appeals.  After the conviction was affirmed, the Appellant is currently filing for a attorney to file a Petition for Discretionary Review before this Honorable Court. The Appellant (Ausbon Osborne) suffers from severe Mental Health issuses and is currently confined at the Hodge Unit (MROP) which stands for Mentally Retarded Offender Program in Rusk Texas. Therefore, additional time is need for the Appellant to either prepare and file the Petition prose or seek legal assistance in filing the petition.

WHEREFORE, PREMISES CONSIDERED, the appellant respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause.

Respectfully submitted

_____
(Name)

June 22, 2015

AUSBON OSBORNE
#1853817
HODGE UNIT
279 FM 2972 W
RUSK, TX 75785-3666

Dear Clerk;

    Enclosed is aa motion before this Honorable Court consideration. I would like to request if you could present my motion to the Court on my behalf.  Thanl you for your kind assistance in regards to the matter. My current address is above for mailing return service. Thank You

RESPECTFULLY submitted

_____
(Name)